**SO ORDERED.**

**SIGNED this 24th day of April, 2013.**



_____Dale L. Somers_____
Dale L. Somers
United States Bankruptcy Judge



BEFORT LAW FIRM, LLC
4035 Central St.
Kansas City, MO 64111
816-569-6691/888-347-7193 facsimile

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 12-10480 |
| | ) | Chapter 7 |
| **STEPHANIE MANUEL,** | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **EDWARD J. NAZAR,** Trustee for | ) | Adv. No. 13 - 05001 |
| Bankruptcy Estate of Stephanie | ) | |
| Manuel | ) | |
| | ) | **JOURNAL ENTRY AND ORDER** |
| v. | ) | **APPROVING WITHDRAWAL OF** |
| | ) | **MOTION TO COMPEL ARBITRATION** |
| **MORGAN DREXEN, INC.,** | ) | |

Defendant.

THIS MATTER comes before the Court on Defendant Morgan Drexen, Inc.'s ("Morgan Drexen") motion to compel arbitration. The Trustee, Edward J. Nazar, appears by and

through his counsel Nicholas R. Grillot of Redmond & Nazar, L.L.P. Morgan Drexen appears by and through its attorney Jeffrey A. Befort of Befort Law Firm, LLC. There are no other appearances and none are necessary.

After reviewing the pleadings, and being duly advised on the premises, the Court makes the following findings:

1. The Debtor filed bankruptcy on March 7, 2012. The Plaintiff was appointed the Debtor's Chapter 7 Trustee.

2. Under 11 U.S.C. § 541 when the Debtors filed bankruptcy, the Trustee has the right to pursue any cause of action the Debtor may have had against Morgan Drexen.

3. The Trustee filed a complaint against Morgan Drexen asserting that the arrangement between the Debtor, the Kansas attorney and Morgan Drexen constituted a debt management program (the "Program") and that Morgan Drexen violated the Kansas Credit Service Organization Act ("KCSOA"), Kan. Stat. Ann. 50-1118 and Kan. Stat. Ann. 50-1120 et seq. In response, Morgan Drexen filed a motion to compel arbitration.

4. The parties have reached a resolution of the Trustee's claims which has been approved by this Court in the Journal Entry and Order Approving Compromise and Settlement (Doc. # 23).

5. Given the approval of the settlement, Morgan Drexen withdraws the pending motion in the adversary proceeding.

6. The Court further finds that the withdrawal of the motion is appropriate given the settlement of the main case and said motion to withdraw is approved.

In the United states Bankruptcy Court for the District of Kansas
IN RE: Edward J. Nazar, Trustee v. Morgan Drexen, Inc. (In re:
  Stephanie Manuel) Bank. Case No.12-10480; Adv. No.
  13-05001
  Journal Entry and Order Approving Withdrawal of Motion
  To Compel Arbitration

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the motion to withdraw as set forth herein is approved.

IT IS SO ORDERED.

# # #

PREPARED AND APPROVED BY:

BEFORT LAW FIRM, LLC

/s/ Jeffrey A. Befort
Jeffrey A. Befort (D. Kan. 70585; KS 24072)
4035 Central Street
Kansas City, MO 64111
befortlaw@gmail.com
Attorney for Morgan Drexen, Inc.

APPROVED BY:

REDMOND & NAZAR, L.L.P.

/s/ Nicholas R. Grillot
Nicholas R. Grillot
#22054
245 N. Waco Street, Suite 402
Wichita, Kansas 67202
316-262-8361 / 316-263-0610 fax
ngrillot@redmondnazar.com
Attorneys for Trustee